929 P.2d 115

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 96–30**
**November 26, 1996**

| | | |
|---|---|---|
| 16999 | Nishimura v. Ontai | Affirmed |
| 17914 | Stanton Clay Tom & Chapman and DeJournett, Matter of | Affirmed |

**Order No. 96–31**
**December 2, 1996**

| | | |
|---|---|---|
| 15941 | Ortiz v. Campbell Estate Trust | Affirmed |

**Order No. 96–32**
**December 3, 1996**

| | | |
|---|---|---|
| 17676 | State v. Lincoln | Affirmed |
| 17729 | State v. Fuentes | Affirmed |

**Order No. 96–33**
**December 5, 1996**

| | | |
|---|---|---|
| 17606 | Lum v. Zoning Bd. of Appeals | Affirmed |

**Order No. 96–34**
**December 5, 1996**

| | | |
|---|---|---|
| 17567 | Benevides v. Hilo Coast Processing Co. | Affirmed |